12/19/23  9:29AM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **AMP Electrical & Maint Services LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-2719346** | |
| 4. | Debtor's address | **Principal place of business**  **2260 W. Centerton Blvd.**  **Centerton, AR 72719**  Number, Street, City, State & ZIP Code  **Benton**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://nwaelectrician.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

| Debtor | AMP Electrical & Maint Services LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **2382**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **AMP Electrical & Maint Services LLC**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply*.)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
          What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
          Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No
     ☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

12/19/23  9:29AM

Debtor  **AMP Electrical & Maint Services LLC**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

　　　　　☐ $50,001 - $100,000　　　　　☐ $10,000,001 - $50 million　　　　　☐ $1,000,000,001 - $10 billion
　　　　　■ $100,001 - $500,000　　　　　☐ $50,000,001 - $100 million　　　　 ☐ $10,000,000,001 - $50 billion
　　　　　☐ $500,001 - $1 million　　　　 ☐ $100,000,001 - $500 million　　　  ☐ More than $50 billion

Debtor  **AMP Electrical & Maint Services LLC**             Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 19, 2023**
              MM / DD / YYYY

X **/s/ William D. Towler**                              **William D. Towler**
Signature of authorized representative of debtor         Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Vanessa Cash Adams**                             Date **December 19, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Vanessa Cash Adams**
Printed name

**AR Law Partners, PLLC**
Firm name

**Plaza West Building**
**415 N. McKinley Street, Suite 830**
**Little Rock, AR 72205**
Number, Street, City, State & ZIP Code

Contact phone  **501-710-6500**    Email address  **vanessa@arlawpartners.com**

**2007145 AR**
Bar number and State

12/19/23  9:29AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | AMP Electrical & Maint Services LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF ARKANSAS |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aubry Thrasher 123 Powder Springs St. Suite 240 Marietta, GA 30064 | | loan | | | | $36,884.00 |
| Blue Cross Blue Shield 225 North Michigan Avenue Chicago, IL 60601 | | insurance | | | | $1,182.00 |
| Briggs & Stratton 617 S 1st St, Jacksonville, AR Jacksonville, AR 72076 | | materials vendor | | | | $11,306.98 |
| Capital One PO Box 85015 Richmond, VA 23285 | | credit | | | | $31,660.00 |
| Field Edge 3495 Piedmont Rd NE Bldg. 12, Atlanta, GA 30305 | | software | | | | $1,000.00 |
| First Horizon Bank 8201 Preston Road, Suite 200, Dallas, TX 75225 | | credit | | | | $1,066.60 |
| First Horizon Bank 8201 Preston Road, Suite 200, Dallas, TX 75225 | | credit | | | | $611.92 |
| First Horizon Bank 8201 Preston Road, Suite 200, Dallas, TX 75225 | | credit | | | | $1,186.37 |

Debtor **AMP Electrical & Maint Services LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Horizon Bank**<br>8201 Preston Road, Suite 200,<br>Dallas, TX 75225 | | line of credit | | | | $49,995.00 |
| **Grove Electric**<br>608 N Briggs St, Oak Grove, LA<br>Oak Grove, LA 71263 | | materials vendor | | | | $5,533.00 |
| **Moses Tucker**<br>200 River Market Avenue<br>Suite 300<br>Little Rock, AR 72201 | | rent | | | | $1,150.00 |
| **Rexel**<br>14951 Dallas Parkway. Dallas,<br>Ben Wheeler, TX 75754 | | material vendor | | | | $20,570.40 |
| **Riggs Cat**<br>9125 Interstate 30<br>Little Rock, AR 72209 | | materials vendor | | | | $572.00 |
| **Small Business Association**<br>409 3rd St., SW<br>Washington, DC 20416 | | business loan | | | | $147,323.00 |
| **Southwest Automated Security**<br>14114 N. Dallas Parkway<br>Suite 265<br>Ben Wheeler, TX 75754 | | access control, gate, and security products | | | | $11,513.53 |
| **TD Auto Finance**<br>PO Box 9223<br>Farmington, MI 48333-9223 | | 2018 Chevrolet | | $41,549.00 | $40,000.00 | $1,549.00 |
| **Western Equipment Financing**<br>16 W. Center Street<br>Fayetteville, AR 72701 | | trencher | | $9,599.00 | $9,000.00 | $599.00 |
| **WEX**<br>1 Hancock Street<br>ME 04191 | | fleet card | | | | $5,000.00 |

12/19/23 9:29AM

Debtor **AMP Electrical & Maint Services LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Winlectric**  **999 Elk St, Rock Springs**  **Rock Springs, WY 82901** | | material vendor | | | | $3,500.00 |
| **WinSupply**  **PO Box 105525**  **Atlanta, GA 30348** | | credit | | | | $31,660.51 |

Ally
PO Box 130424
Saint Paul, MN 55113

Aubry Thrasher
123 Powder Springs St.
Suite 240
Marietta, GA 30064

Blue Cross Blue Shield
225 North Michigan Avenue
Chicago, IL 60601

Briggs & Stratton
617 S 1st St, Jacksonville, AR
Jacksonville, AR 72076

Capital One
PO Box 85015
Richmond, VA 23285

Field Edge
3495 Piedmont Rd NE Bldg. 12,
Atlanta, GA 30305

First Horizon Bank
8201 Preston Road, Suite 200,
Dallas, TX 75225

Grove Electric
608 N Briggs St, Oak Grove, LA
Oak Grove, LA 71263

Moses Tucker
200 River Market Avenue
Suite 300
Little Rock, AR 72201

Rexel
14951 Dallas Parkway. Dallas,
Ben Wheeler, TX 75754

Riggs Cat
9125 Interstate 30
Little Rock, AR 72209

Small Business Association
409 3rd St., SW
Washington, DC 20416


Southwest Automated Security
14114 N. Dallas Parkway
Suite 265
Ben Wheeler, TX 75754


TD Auto Finance
PO Box 9223
Farmington, MI 48333-9223


Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607


Western Equipment Financing
16 W. Center Street
Fayetteville, AR 72701


WEX
1 Hancock Street
ME 04191


Winlectric
 999 Elk St, Rock Springs
Rock Springs, WY 82901


WinSupply
PO Box 105525
Atlanta, GA 30348

12/19/23 9:29AM

# United States Bankruptcy Court
### Western District of Arkansas

In re  **AMP Electrical & Maint Services LLC**                                Case No.
                            Debtor(s)                                          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AMP Electrical & Maint Services LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 19, 2023** | **/s/ Vanessa Cash Adams** |
| Date | **Vanessa Cash Adams** |
| | Signature of Attorney or Litigant |
| | Counsel for   **AMP Electrical & Maint Services LLC** |
| | **AR Law Partners, PLLC** |
| | **Plaza West Building** |
| | **415 N. McKinley Street, Suite 830** |
| | **Little Rock, AR 72205** |
| | **501-710-6500 Fax:501-710-6336** |
| | **vanessa@arlawpartners.com** |